```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**TRI-STAR MECHANICAL CONTRACTORS, INC.**                               **PLAINTIFF**

VS.                                        CIVIL ACTION NO.3:05CV791-WHB-AGN

**GRAMLING ENTERPRISES, INC. D/B/A**
**PYRAMID TOWING & RECOVERY,**
**MEMPHIS BRAKE SERVICE, INC.**                                        **DEFENDANTS**

<u>**OPINION AND ORDER**</u>

This cause is before the Court on Plaintiff's Motion to Remand, which was filed on January 26, 2006. Defendants failed to respond to the subject Motion, and the time limit for filing a Response has expired. Therefore, pursuant to the authority granted this Court under Rule 7.2(C)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi,[1] the Court finds that the Motion to Remand is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand (docket entry no. 4) is hereby granted. The Clerk of the Court is ordered to remand this case to the Circuit Court for the First Judicial District of Hinds County, Mississippi.

SO ORDERED this the 22nd day of February, 2006.

<u>s/ William H. Barbour, Jr.</u>
UNITED STATES DISTRICT JUDGE

tct

---

[1] Rule 7.2(C)(2) states "[i]f a party fails to respond to any motion, other than a motion for summary judgment, within the time allotted, the court may grant the motion as unopposed."